

# U.S. Department of Justice

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

ROBERT FRAZER
UNITED STATES ATTORNEY

*Natalie S. Candela*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*       main:    (973)  645-2700
*Newark, NJ 07102*                  direct:  (973)  297-2012
*Natalie.Candela@usdoj.gov*         cell:    (973) 856-9095

June 16, 2026

**<u>BY ECF</u>**

Hon. Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:  *Cruz Hernandez  v. Blanche,* No. 26-4538(MCA)
     **Petitioner's Bond Hearing**

Dear Judge Arleo:

This Office represents Respondents in the above-referenced habeas matter. We write in response to the Court's June 5, 2026 order, ECF No. 4, to report that an Immigration Judge held a bond hearing for Petitioner on June 11, 2026. The Immigration Judge denied Petitioner's request for bond, finding that he did not meet his burden to prove that he is not a flight risk. *See* Ex. A (Order of the Immigration Judge).[1] We therefore respectfully request that Your Honor close this case.

Should Your Honor have any questions or concerns, please do not hesitate to contact this Office. We thank the Court for its continued attention to this matter.

Case shall be closed.

SO ORDERED

_s/Madeline Cox Arleo_
MADELINE COX ARLEO, U.S.D.J.

Date:  6/22/26

cc:    Counsel of record (by ECF)

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:    _s/ Natalie S. Candela_
       Natalie Candela, Esq.,
       Special Assistant United States Attorney
       *Attorneys for Respondents*

_____

[1] Petitioner has until July 13, 2026, to appeal the decision to the Board of Immigration Appeals. Ex. A at 2.